# Exhibit A

IN THE CIRCUIT COURT OF THE SIXTEETH JUDICIAL CIRCUIT
KANE COUNTY, ILLINOIS

| | | |
|---|---|---|
| KIMBERLY D. EMMANOUIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 18 – L – 000599 |
| | ) | |
| WEST AURORA SCHOOL DISTRICT 129, | ) | |
| | ) | |
| Defendant. | ) | |

*Thomas M. Hartwell*
Clerk of the Circuit Court
Kane County, Illinois

**11/15/2018**

**FILED/IMAGED**

**SUMMONS**

**TO EACH DEFENDANT: WEST AURORA SCHOOL DISTRICT 129, 1877 West Downer Place Suite 100, Aurora, IL 60506**

**YOU ARE HEREBY SUMMONED** and required to file an answer in this case or otherwise file your appearance in the Kane County Courthouse, 100 S. 3rd St, Geneva, IL 60134, within 30 days after service of this summons, not counting the day of service.
E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing,
visit http://www.illinoiscourts.gov/faq/gethelp.asp, or talk with your local circuit clerk's office. **IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

**TO THE OFFICER: Kane County, 37W755 Illinois Route 38, St. Charles, IL 60175**

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any immediately after service. If service cannot be made, summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

11/15/2018
Witness_____

*Thomas M. Hartwell*
Clerk of Court (Seal of Court)

Attorney Travis Dunn
ARDC # 6319131
LAW OFFICES OF PETER F. FERRACUTI, P.C.
Attorney for: Plaintiff
Address: 110 E. Main Street
City: Ottawa, IL 61350
Phone: 815/434-3535
Fax: 815/434-4513

Date of Service _____12-4-18_____,
(To be inserted by the Officer)

## SHERIFF'S FEES

Service and Return      $ _____

Miles      $ _____

TOTAL      $ _____

Sheriff of _____ County

I certify that I served this summons on defendant as follows:

(a) **(Individual defendants - personal):**
By leaving a copy and a copy of the complaint with each individual defendant personally as follows:

| Name of Defendant | Date of Service |
|---|---|
| _____ | _____ |
| _____ | _____ |

(b) **(Individual defendants - abode):**
By leaving a copy and a copy of the complaint at the usual abode of each individual defendant with a person of his family, of age 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his/her usual place of abode, as follows:

| Name of Defendant | Person with Whom Left | Date of Service | Date of Mailing |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | | |

(c) **(Corporation or Defendants):**
By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

| Defendant Corporation | Registered Agent Officer or Agent | Date of Service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(d) **(Other Service):**
_____
_____

Sheriff of _____ County

By _____

Kane County Circuit Court   THOMAS M. HARTWELL   ACCEPTED: 11/13/2018 8:08 AM   By: MW   Env #2857637

## IN THE CIRCUIT COURT OF THE SIXTEETH JUDICIAL CIRCUIT
## KANE COUNTY, ILLINOIS

| | |
|---|---|
| KIMBERLY D. EMMANOUIL, | ) |
| Plaintiff, | ) 18-L-000599 |
| v. | ) 2018 – L – |
| WEST AURORA SCHOOL DISTRICT 129, | ) |
| Defendant. | ) |

*Thomas M. Hartwell*
Clerk of the Circuit Court
Kane County, Illinois

11/9/2018 4:05 PM

FILED/IMAGED

### COMPLAINT AT LAW

NOW COMES the PLAINTIFF, KIMBERLY D. EMMANOUIL, by and through her attorneys, THE LAW OFFICES OF PETER F. FERRACUTI, P.C., and for her Complaint against the Defendant, WEST AURORA SCHOOL DISTRICT 129, states and alleges as follows:

### PARTIES AND JURISDICTION

1. Plaintiff, KIMBERLY D. EMMANOUIL, ("EMMANOUIL") is an individual, who was at all times relevant to this cause of action residing in the County of Kane, State of Illinois.

2. Defendant, WEST AURORA SCHOOL DISTRICT 129, ("The District"), is a public entity located within the County of Kane, State of Illinois. The District governed by the Americans with Disabilities Act, 42 U.S.C.A. 12101 et seq. ("ADA", and the Civil Rights Act of 1991., and is an employer under the Age Discrimination in Employment Act, 29 U.S.C.A. § 621 et seq. ("ADEA").

3. EMMANOUIL has filed this cause subsequent to the timely filing of a Charge of Discrimination based on disability and age with the Illinois Department of Human Rights and the

Case Management Date Is On Page 6

Equal Employment Opportunity Commission, a true and correct copy of which is attached hereto and incorporated herein as Exhibit A.

4. EMMANOUIL has filed this cause pursuant to a Right to Sue Letter issued by the Equal Employment Opportunity Commission within the statutory time requirements, a true and correct copy of which is attached hereto as Exhibit B.

5. Venue is proper in this court pursuant to 28 U.S.C. § 1391 in that Plaintiff and Defendant, are residents of, and all or a substantial part of the events giving rise to the causes of action occurred within, the County of Kane, State of Illinois.

## FACTUAL BACKGROUND

6. The date of birth of the Plaintiff EMMANOUIL is January 19, 1960. At the time of the discrimination she was 57 years of age.

7. The Plaintiff EMMANOUIL suffers, and at all times relevant did suffer, from neuropathy in her legs and feet as a complication of her diabetes, which was first diagnosed in 2011.

8. Prior to October 30, 2017, EMMANOUIL worked as a Substitute Teacher for the Defendant, and had done so for several years.

9. On or about October 19, 2017 EMMANOUIL was instructed to attend a meeting with two employees and agents of The District, Dr. Michael P. Smith, who upon information and belief was serving as the Executive Director of Human Resources for the Defendant, and Dr. Brett Burton, who upon information and belief was serving as Principal of Washington Middle School.

10. At this meeting on or about October 19, 2017 Dr. Michael P. Smith confronted the Plaintiff with complaints that, during the Plaintiffs employment with the Defendant as a Substitute Teacher at Washington Middle School on October 16th and 17th of that year, she had spent too much time sitting, leading to misbehavior.

11. At this meeting on or about October 19, 2017 the Plaintiff indicated her disability and offered to provide medical documentation of her limited mobility.

12. At this meeting on or about October 19, 2017 the Defendant, by and through its agent and employee Dr. Michael P. Smith, indicated that they were not open to receiving such medical documentation. This was communicated in a belligerent and threatening manner.

13. Prior to the meeting on or about October 19, 2017 the Defendant had actual or constructive notice of the Plaintiff's disability, as she occasionally used a cane for mobility in the course of her employment.

14. During her employment with The District, Plaintiff satisfactorily performed her job duties at all times.

15. The Defendant failed to accommodate the Plaintiff's disability by refusing to allow her to sit during class, even if such sitting did not cause any demonstrated discipline issues among students.

16. On or about October 30, 2017, Plaintiff received a letter from The District, by and through its employee and agent Dr. Michael P. Smith, informing her that her employment with The District was being terminated.

17. The Districts' stated reason for Plaintiff's termination was the receipt of "multiple complaints."

18. The stated reasons for the termination of Plaintiff's employment with The District are pretextual and false.

19. Upon information and belief, most of the jobs previously scheduled to be filled by the Plaintiff were given to younger Substitute Teachers.

20. As a result of Defendant's discriminatory conduct as aforesaid, EMMANOUIL has suffered injury to her career as well as emotional pain, suffering, inconvenience, mental anguish and loss of enjoyment of life, and other non-pecuniary losses for which she is entitled to compensatory damages.

## COUNT I

### Discrimination in violation of the Americans with Disabilities Act 42 U.S.C. § 12101

21. The Plaintiff, KIMBERLY D. EMMANOUIL, hereby adopts, reasserts, and re-alleges the allegations contained in Paragraphs 1-20 of her Complaint.

22. The Defendant, WEST AURORA SCHOOL DISTRICT 129, has discriminated against the Plaintiff by failing to accommodate her disability as required by the Americans with Disabilities Act, 42 U.S.C. § 12117.

23. The Defendant's behavior has created a disparate impact as to the Plaintiff as a result of her disability compared to her non-disabled peers.

24. As a result of Defendant's unlawful conduct, Plaintiff has suffered compensatory damages, lost wages, back pay and front pay, lost future wages, future pecuniary damages, emotional distress and humiliation, and other damages.

25. By reason of The Defendant's discrimination, The Plaintiff is entitled to all legal and equitable remedies available under Section 12117(a), including but not limited to damages for mental anguish.

## COUNT II

### Discrimination in violation of the Age Discrimination in Employment Act, 29 U.S.C.A. § 621 et seq.

26. The Plaintiff, KIMBERLY D. EMMANOUIL, hereby adopts, reasserts, and re-alleges the allegations contained in Paragraphs 1-20 of her Complaint.

27. The Defendant, WEST AURORA SCHOOL DISTRICT 129, has discriminated against the Plaintiff with regard to her age in violation of the Age Discrimination in Employment Act, 29 U.S.C.A. § 621 et seq.

28. The Defendant's behavior has created a disparate impact as to the Plaintiff as a result of her age compared to her younger peers.

29. As a result of Defendant's unlawful conduct, Plaintiff has suffered compensatory damages, lost wages, back pay and front pay, lost future wages, future pecuniary damages, emotional distress and humiliation, and other damages.

30. By reason of The Defendant's discrimination, The Plaintiff is entitled to all legal and equitable remedies available under Section 12117(a), including liquidated damages.

**WHEREFORE**, Plaintiff, KIMBERLY D. EMMANOUIL, respectfully prays that she may have judgment against the Defendant, WEST AURORA SCHOOL DISTRICT 129, in an amount in

excess of the jurisdictional limits of this Court, and other such relief as the jury and this Court shall deem appropriate, and additionally, costs of this action.

                Respectfully Submitted,

                KIMBERLY D. EMMANOUIL,
                Plaintiff

                BY: THE LAW OFFICES OF
                PETER F. FERRACUTI, P.C.

            BY: *Travis J. Dunn*
                Travis Dunn, Attorney

Travis Dunn
Attorney Number: 6319131
Law Offices of Peter F. Ferracuti
110 E. Main St., Ottawa, IL 61350
P (815) 434-3535
F (815) 434-2796
tdunn@peterferracuti.com

**NOTICE**
**BY ORDER OF THE COURT THIS CASE IS HEREBY SET FOR CASE MANAGEMENT CONFERENCE ON THE DATE BELOW. FAILURE TO APPEAR MAY RESULT IN THE CASE BEING DISMISSED OR AN ORDER OF DEFAULT BEING ENTERED.**
**Judge: Clancy Boles, Susan**
**1/29/2019 9:00 AM**

## AFFIDAVIT

Under penalties as provided by law pursuant to Illinois Supreme Court Rule 222, the undersigned certifies that at the time of this filing the amount of damages claimed is in excess of $50,000 to the best of his knowledge and belief.

*Travis Dunn*
_____
Travis Dunn, Attorney

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2018-03616 |

Illinois Department Of Human Rights _and EEOC_
_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Kimberly D. Emmanouil | (630) 479-2956 | 1960 |

Street Address: 822 Queens Gate Circle, Sugar Grove, IL 60554

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| WEST AURORA SCHOOL DISTRICT 129 | 500 or More | (630) 301-5000 |

Street Address: 1877 W. Downer Place, Aurora, IL 60506

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☒ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest: 10-30-2017
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent in or around 2005. My most recent position was Substitute Teacher. Respondent is aware of my disability. During my employment, I was subjected harassment, denied a reasonable accommodation, and I was discharged.

I believe that I have been discriminated against because of my age, 58 (Year of Birth: 1960), in violation of the Age Discrimination in Employment Act of 1967, as amended.

I also believe that I have been discriminated against because of my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

RECEIVED EEOC MAY 25 2018 CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 5/22/18 — Charging Party Signature: /s/ Emmanouil

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EXHIBIT A

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Kimberly D. Emmanouil
822 Queens Gate Circle
Sugar Grove, IL 60554

From: Chicago District Office
500 West Madison St
Suite 2000
Chicago, IL 60661

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2018-03616 | Gregory T. Mucha, Investigator | (312) 869-8135 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Julianne Bowman,
District Director

8/17/18
(Date Mailed)

Enclosures(s):

cc: WEST AURORA SCHOOL DISTRICT 129
C/O Kevin P. Knoll, Esq.
Robbins Schwartz
55 West Monroe, Suite 800
Chicago, IL 60603

EXHIBIT B